# United States District Court
# For The Western District of North Carolina
# Charlotte Division

United States of America,

    Plaintiff(s),

vs.

Monica Renee Ragin,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

Case No. 3:10CV276

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/7/2010 Order.

Signed: July 8, 2010

Frank G. Johns, Clerk
United States District Court